JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN VU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DS WATERS OF AMERICA, INC., a Delaware Corporation; MIKE DEVENCENZI, an individual; and DOES 1 through 100, inclusive,,<br><br>　　　　　　Defendants. | Case No CV 11-1157-VBF (OPx)<br><br>(Assigned for all purposes to the Hon. Valerie Baker Fairbank)<br><br>**ORDER RE STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>[(Proposed) Order Filed Concurrently Herewith] |

# ORDER

The Court, having considered the parties' stipulation, and finding it supported by good cause, hereby orders as follows:

1. The action is hereby remanded to the Superior Court for the Superior Court for the State of California, County of Riverside;

2. The Court acknowledges that Plaintiffs have withdraw their pending motion for remand (Docket # 11) and their request for sanctions contained therein;

3. All pending hearings and deadlines are vacated.

Dated: 8/18/11

By _____
THE HONORABLE VALERIE FAIRBANK

-1-

W02-WEST:1RIP1\403828535.1      [PROPOSED ] ORDER ON JOINT STIPULATION FOR REMAND